UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
OCT 29 2018
District Court
of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-36-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JEROME LAWRENCE WIGMORE, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 29th day of October, 2018.

Susan P. Watters
Honorable Susan P. Watters
United States District Judge