IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME LAWRENCE WIGMORE, JR.,<br><br>Defendant. | CR 18-36-BLG-SPW<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of a juror from the October 29, 2018 Volume I transcript at page 25, lines 14, 16 and 22 and page 26, lines 1 and 9 shall be redacted from the trial transcript in this matter.

DATED this 16th day of April, 2019..

SUSAN P. WATTERS
United States District Judge